# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TAC GROUP, LTD. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:10-cv-02696 |
| | § | |
| FEDERAL INSURANCE CO., ET AL. | § | |

**UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

TAC Group, Ltd. ("Plaintiff") files this Unopposed Motion for Leave to File First Amended Complaint as follows:

**I.**

Plaintiff desires to file an amended complaint adding the following Defendants: David Wright, Christopher Witt, David Driggers, Jerry Loe, Verari Systems, Inc., Verari Technologies, Inc. And Cirrascale Corporation. These additional Defendants participated in the acquisition/storage of the computerized Data Center made the basis of Claimant's claim

Defendants do not oppose this Motion.

WHEREFORE, Claimant requests that this Unopposed Motion for Leave to File First Amended Complaint be granted.

Respectfully submitted,

**THE CAMBERG LAW FIRM, P.C.**

Roy Camberg
State Bar No. 03674595
17225 El Camino Real, Suite 444
Houston, Texas 77058
Tel: (281) 486-6900
Fax: (281) 486-4695

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing document has been forwarded via certified mail return receipt requested and/or telefax, on this the **23RD** day of December, 2010 to the following:

Vasilia M. Wilkes
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis, Suite 1800
Houston, Texas 77002

                  _____
                  Roy Camberg

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TAC GROUP, LTD. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:10-cv-02696 |
| | § | |
| FEDERAL INSURANCE CO., ET AL. | § | |

**ORDER**

On this _____ day of _____, 2010, came on to be heard the foregoing Unopposed Motion for Leave to File First Amended Complaint in the above-referenced matter, and the Court having considered the Motion. It is therefore,

**ORDERED**, that Plaintiff's Motion for Leave to File First Amended Complaint is GRANTED.

SIGNED and ENTERED this _____ day of _____, 2010.

_____
JUDGE PRESIDING

APPROVED:

**THE CAMBERG LAW FIRM, P.C.**

_____
Roy Camberg
State Bar No. 03674595
17225 El Camino Real, Suite 444
Houston, Texas 77058
Tel: (281) 486-6900
Fax: (281) 486-4695

**ATTORNEY FOR PLAINTIFF**