**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **TAC GROUP, LTD.** | § |
| | § |
| VS. | §   CIVIL ACTION NO. 4:10-cv-02696 |
| | § |
| **FEDERAL INSURANCE CO., ET AL.** | § |

**DESIGNATION OF ADDITIONAL COUNSEL**

TAC Group, Ltd. designates William E. King as additional counsel. Mr. King's address and phone number is:

    711 Louisiana, Suite 2300
    Houston, Texas 77002-2770
    (713) 223-2900
    State Bar No. 11434500

Respectfully submitted,

**THE CAMBERG LAW FIRM, P.C.**

*/s/ Roy Camberg*

Roy Camberg
State Bar No. 03674595
17225 El Camino Real, Suite 444
Houston, Texas 77058
Tel: (281) 486-6900
Fax: (281) 486-4695

**ATTORNEY FOR PLAINTIFF**

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been forwarded via certified mail return receipt requested and/or telefax, on this the  **6th**  day of January, 2011 to the following:

Vasilia M. Wilkes
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis, Suite 1800
Houston, Texas 77002

William E. King
711 Louisiana, Suite 2300
Houston, Texas 77002-2770

_____
Roy Camberg