IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAC GROUP, LTD. | § § | |
| V. | § § | C.A. 4:10-CV-02696 |
| FEDERAL INSURANCE CO., VERARI SYSTEMS, INC., CHRISTOPHER WITT, DAVID WRIGHT, DAVID DRIGGERS, JERRY LOE, AND CIRRASCALE CORPORATION (f/k/a VERARI TECHNOLOGIES, INC.) | § § § § § § § | |

## ADR MEMORANDUM TO CLERK OF COURT

ADR METHOD:     Mediation  X         Arbitration  _____
                Mini-Trial _____     Summary Jury Trial _____

TYPE OF CASE: _Insurance Coverage_

1. Please check one of the following:
   The case referred to ADR settled ___✓___ or did not settle _____.

2. My total fee and expenses were: $ 5200.00 _____.

3. Please list names, address, and telephone numbers of all parties and all counsel of record:

THE CAMBERG LAW FIRM, P.C.
Roy Camberg
17225 El Camino Real, Suite 444
Houston, Texas 77058
(281) 486-6900
FAX: (281) 486-4695
ATTORNEYS FOR PLAINTIFF,
TAC GROUP, LTD.

MARTIN, DISIERE, JEFFERSON & WISDOM, LLP
Vasilia M. Wilkes
808 Travis, Suite 1800
Houston, Texas 77002
(713) 632-1700
FAX: (713) 222-0101
ATTORNEYS FOR DEFENDANT,
FEDERAL INSURANCE CO.

FULBRIGHT & JAWORSKI, L.L.P.
John Rice
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5182
FAX: (713) 651-5246
ATTORNEYS FOR DEFENDANTS,
VERARI SYSTEMS, INC., CHRISTOPHER WITT, DAVID WRIGHT, DAVID DRIGGERS, AND JERRY LOE

NISTICO, CROUCH & KESSLER, P.C.
Erica Meadough Graham
5151 San Felipe, Suite 900
Houston, Texas 77056
(713) 781-2889
FAX: (713) 781-7222
ATTORNEYS FOR DEFENDANT,
CIRRASCALE CORPORATION (f/k/a VERARI TECHNOLOGIES, INC.)

Date: 8/30/11

ADR Provider

Name: Alvin L. Zimmerman

Signature: _____